UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 7 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Deborah Nelson-Seamster, )
)
Plaintiff, )
)
v. ) Civil Action No. *14-645*
)
President Barack Obama *et al.*, )
)
Defendants. )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff is a resident of Gary, Indiana. She sues President Barack Obama and the White House Administration for failing to investigate her claims that her civil and constitutional rights have been violated since March 2009 "to present date." Compl. at 4. The United States Attorney General has absolute discretion in deciding whether to investigate claims for possible criminal or civil prosecution. As a general rule applicable to the circumstances of this case, such decisions are not subject to judicial review. *Shoshone-Bannock Tribes v. Reno*, 56 F.3d 1476, 1480-81 (D.C. Cir. 1995); *see accord Wightman-Cervantes v. Mueller*, 750 F. Supp. 2d 76, 81 (D.D.C. 2010) (citing cases); *Martinez v. U.S.*, 587 F. Supp. 2d 245, 248-49 (D.D.C. 2008)

(same).  Hence, this case will be dismissed.  A separate Order accompanies this Memorandum

Opinion.

Rosemary M Colly
United States District Judge

Date:  April 2 , 2014